United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Scott W. Dunham, Jr.  
Robin L. Dunham  
    Debtors

Case No. 24-01534-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jun 24, 2024      Form ID: 309I      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Scott W. Dunham, Jr., Robin L. Dunham, 837 App Road, Selinsgrove, PA 17870-7639 |
| 5625892 | + | C&R Dunham Trucking LLC, 837 App Road, Selinsgrove PA 17870-7639 |
| 5625910 | ++ | DEPARTMENT OF LABOR & INDUSTRY, ATTN OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG PA 17121-0751 address filed with court:, Pa Dept of Labor & Industry, UC Tax Svcs Collection Support Unit, 651 Boas Street, Room 702, Harrisburg PA 17121 |
| 5625899 | ++ | FUNDING CIRCLE, 707 17TH STREET, SUITE 2200, DENVER CO 80202-3404 address filed with court:, Funding Circle, FC Marketpalce LLC, 707 17th St Ste 2200, Denver CO 80202 |
| 5625904 | | Lendmark Financial Ser, 3127 Highway 278, Covington GA 30014 |
| 5625907 | + | Northumberland National Bank, 245 Front St, Northumberland PA 17857-1665 |
| 5625912 | | Service 1st Federl Cr, P O Box 31112, Tampa FL 33631-3112 |
| 5625919 | | WebBank Quickbooks Capital, P O Box 842978, Dallas TX 75284-2978 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: larynard@larynardlaw.com | Jun 24 2024 18:46:00 | Lisa A Rynard, Law Office of Lisa A. Rynard, 240 Broad Street, Montoursville, PA 17754 |
| tr | | Email/Text: info@pamd13trustee.com | Jun 24 2024 18:46:00 | Jack N Zaharopoulos, Standing Chapter 13, (Trustee), 8125 Adams Drive, Suite A, Hummelstown, PA 17036 |
| ust | + | Email/Text: ustpregion03.ha.ecf@usdoj.gov | Jun 24 2024 18:46:00 | United States Trustee, US Courthouse, 1501 N. 6th St, Harrisburg, PA 17102-1104 |
| 5625893 | + | EDI: CAPITALONE.COM | Jun 24 2024 22:39:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 5625895 | + | EDI: CITICORP | Jun 24 2024 22:39:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis MO 63179-0040 |
| 5625896 | + | EDI: CITICORP | Jun 24 2024 22:39:00 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis MO 63179-0040 |
| 5625897 | + | EDI: DISCOVER | Jun 24 2024 22:39:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany OH 43054-3025 |
| 5625898 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jun 24 2024 18:46:00 | First National Bank of Pennsylvania, Attn: Legal Dept, 3015 Glimcher Blvd, Hermitage PA 16148-3343 |
| 5625900 | ^ | MEBN | Jun 24 2024 18:40:15 | Geisinger, 100 North Academy Avenue, Danville PA 17822-3941 |
| 5625901 | + | EDI: PHINAMERI.COM | Jun 24 2024 22:39:00 | Gm Financial, Attn: Bankruptcy, Po Box 183853, |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Arlington TX 76096-3853 |
| 5625902 | | EDI: IRS.COM | Jun 24 2024 22:39:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia PA 19101-7346 |
| 5625894 | | EDI: JPMORGANCHASE | Jun 24 2024 22:39:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington DE 19850 |
| 5625903 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 24 2024 18:46:00 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee WI 53201-3043 |
| 5625905 | + | Email/Text: Bankruptcy@swiftcapital.com | Jun 24 2024 18:46:00 | LoanBuilder/PayPal Service Loan, c/o Swift Financial LLC, 3505 Silverside Road, Wilmington DE 19810-4905 |
| 5625906 | + | Email/Text: rzahradka@nationalfunding.com | Jun 24 2024 18:46:00 | National Funding, 4380 La Jolla Village Dr, San Diego CA 92122-1200 |
| 5625908 | + | Email/Text: bankruptcy@ondeck.com | Jun 24 2024 18:46:00 | OnDeck, 4700 W Daybreak Pike, Ste 200, South Jordan UT 84009-5133 |
| 5625909 | | EDI: PENNDEPTREV | Jun 24 2024 22:39:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5625909 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 24 2024 18:46:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5625911 | + | Email/Text: ngisupport@radiusgs.com | Jun 24 2024 18:46:00 | Radius Global Solutions LLC, 7831 Glenroy Rd Ste 250, Minneapolis MN 55439-3117 |
| 5625913 | + | EDI: SYNC | Jun 24 2024 22:39:00 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 5625914 | + | EDI: SYNC | Jun 24 2024 22:39:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 5625915 | + | EDI: SYNC | Jun 24 2024 22:39:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 5625916 | + | Email/Text: synovusbankruptcy@synovus.com | Jun 24 2024 18:46:00 | Synovus Bank, Attn: Bankruptcy, 1111 Bay Avenue, Columbus GA 31901-5218 |
| 5625918 | + | EDI: USBANKARS.COM | Jun 24 2024 22:45:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis MN 55402-7000 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5625891 | | 1-24-01534-hwv |
| 5625917 | | The Northumberland Ntl |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2024   Signature:   /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Lisa A Rynard | on behalf of Debtor 1 Scott W. Dunham  Jr. larynard@larynardlaw.com |
| Lisa A Rynard | on behalf of Debtor 2 Robin L. Dunham larynard@larynardlaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1: | Scott W. Dunham Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–0783<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | Robin L. Dunham<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–2570<br>EIN: __–_____ |
| United States Bankruptcy Court: | Middle District of Pennsylvania | Date case filed for chapter: 13   6/20/24 |
| Case number: | 1:24-bk-01534-HWV | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

04/19/21

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Scott W. Dunham Jr. | Robin L. Dunham |
| 2. | **All other names used in the last 8 years** | | fka Robin L. Campbell |
| 3. | **Address** | 837 App Road<br>Selinsgrove, PA 17870 | 837 App Road<br>Selinsgrove, PA 17870 |
| 4. | **Debtor's attorney**<br>Name and address | Lisa A Rynard<br>Law Office of Lisa A. Rynard<br>240 Broad Street<br>Montoursville, PA 17754 | Contact phone 570–505–3289<br><br>Email: larynard@larynardlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | Contact phone 717–566–6097<br><br>Email: info@pamd13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102 | Hours open:<br>Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (717) 901–2800<br><br>Date: 6/24/24 |

**For more information, see page 2**

**Receiving Court Issued Orders and Notices by E–Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

Official Form 309I        Notice of Chapter 13 Bankruptcy Case                page 1

| | | |
|---|---|---|
| Debtor **Scott W. Dunham Jr.** and **Robin L. Dunham** | | Case number **1:24-bk-01534-HWV** |

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **Date: August 1, 2024 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification and proof of social security number are required *** | **Location:**<br>Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1-267-552-4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>You must file:<br>- a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>- a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 9/30/24** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 8/29/24** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 12/17/24** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has not filed a plan as of this date. A copy of the plan and a notice of the hearing on confirmation will be sent separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |