# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Scott W. Dunham Jr.  
      Robin L. Dunham fka Robin L. Campbell  
                      Debtor(s)

BK NO. 24-01534 HWV

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of The Northumberland National Bank and index same on the master mailing list.

                              Respectfully submitted,

/s/ *Brent J. Lemon*  
PA Middle BK  
26 Jun 2024, 12:40:07, EDT

                KML Law Group, P.C.  
                BNY Mellon Independence Center  
                701 Market Street, Suite 5000  
                Philadelphia, PA  19106  
                215-627-1322