UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 24-01534-hwv

Scott W. Dunham, Jr. and Robin L. Dunham  Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        AmeriCredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX 76096

By /s/ Mandy Youngblood

       Mandy Youngblood
       PO Box 183853
       Arlington, TX 76096
       877-203-5538
       877-259-6417
       Customer.service.bk@gmfinancial.com

Case 1:24-bk-01534-HWV    Doc 11    Filed 07/09/24    Entered 07/09/24 15:07:06    Desc
Page 1 of 2

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 24-01534-hwv

Scott W. Dunham, Jr. and Robin L. Dunham  Chapter 13
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on July 1, 2024 :

| | |
|---|---|
| LISA A RYNARD<br>240 Broad Street<br>Montoursville, PA 17754 | Jack N Zaharopoulos<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 |

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx98965 / 1095596