United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Scott W. Dunham, Jr.  
Robin L. Dunham  
    Debtors

Case No. 24-01534-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Aug 08, 2024      Form ID: ntnew341      Total Noticed: 41

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Scott W. Dunham, Jr., Robin L. Dunham, 837 App Road, Selinsgrove, PA 17870-7639 |
| 5626589 | + | Bill Me Later, Inc., PO Box 208703, Dallas, TX 75320-8703 |
| 5625892 | + | C&R Dunham Trucking LLC, 837 App Road, Selinsgrove PA 17870-7639 |
| 5625910 | ++ | DEPARTMENT OF LABOR & INDUSTRY, ATTN OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG PA 17121-0751 address filed with court:, Pa Dept of Labor & Industry, UC Tax Svcs Collection Support Unit, 651 Boas Street, Room 702, Harrisburg PA 17121 |
| 5625899 | ++ | FUNDING CIRCLE, 707 17TH STREET, SUITE 2200, DENVER CO 80202-3404 address filed with court:, Funding Circle, FC Marketpalce LLC, 707 17th St Ste 2200, Denver CO 80202 |
| 5625904 | | Lendmark Financial Ser, 3127 Highway 278, Covington GA 30014 |
| 5625907 | + | Northumberland National Bank, 245 Front St, Northumberland PA 17857-1665 |
| 5625912 | | Service 1st Federl Cr, P O Box 31112, Tampa FL 33631-3112 |
| 5625919 | | WebBank Quickbooks Capital, P O Box 842978, Dallas TX 75284-2978 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 08 2024 18:40:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 5629297 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 08 2024 18:40:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5625893 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 08 2024 18:45:44 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 5629675 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 08 2024 18:45:44 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5625895 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 08 2024 18:45:41 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis MO 63179-0040 |
| 5625896 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 08 2024 18:45:37 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis MO 63179-0040 |
| 5627265 | | Email/Text: mrdiscen@discover.com | Aug 08 2024 18:40:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5625897 | + | Email/Text: mrdiscen@discover.com | Aug 08 2024 18:40:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany OH 43054-3025 |
| 5630479 | | Email/PDF: bncnotices@becket-lee.com | Aug 08 2024 18:45:41 | FC Marketplace, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5626372 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 08 2024 18:40:00 | First National Bank of Pennsylvania, 4140 E. State |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Street, Hermitage, PA 16148-3401 |
| 5625898 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com Aug 08 2024 18:40:00 | | First National Bank of Pennsylvania, Attn: Legal Dept, 3015 Glimcher Blvd, Hermitage PA 16148-3343 |
| 5625900 | ^ | MEBN | Aug 08 2024 18:37:14 | Geisinger, 100 North Academy Avenue, Danville PA 17822-3941 |
| 5625901 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 08 2024 18:40:00 | | Gm Financial, Attn: Bankruptcy, Po Box 183853, Arlington TX 76096-3853 |
| 5625902 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 08 2024 18:40:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia PA 19101-7346 |
| 5644213 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 08 2024 18:40:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5625894 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 08 2024 18:45:40 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington DE 19850 |
| 5643557 | + | Email/Text: RASEBN@raslg.com | Aug 08 2024 18:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5625903 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 08 2024 18:40:00 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee WI 53201-3043 |
| 5626929 | | Email/Text: bk@lendmarkfinancial.com | Aug 08 2024 18:40:00 | LENDMARK FINANCIAL SERVICES, 2118 USHER STREET, COVINGTON, GA 30014 |
| 5625905 | + | Email/Text: Bankruptcy@swiftcapital.com | Aug 08 2024 18:40:00 | LoanBuilder/PayPal Service Loan, c/o Swift Financial LLC, 3505 Silverside Road, Wilmington DE 19810-4905 |
| 5625906 | + | Email/Text: rzahradka@nationalfunding.com | Aug 08 2024 18:40:00 | National Funding, 4380 La Jolla Village Dr, San Diego CA 92122-1200 |
| 5625908 | + | Email/Text: bankruptcy@ondeck.com | Aug 08 2024 18:40:00 | OnDeck, 4700 W Daybreak Pike, Ste 200, South Jordan UT 84009-5133 |
| 5625909 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 08 2024 18:40:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5644222 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 08 2024 18:45:41 | | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5625911 | + | Email/Text: ngisupport@radiusgs.com | Aug 08 2024 18:40:00 | Radius Global Solutions LLC, 7831 Glenroy Rd Ste 250, Minneapolis MN 55439-3117 |
| 5643790 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 08 2024 18:45:45 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5625913 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 08 2024 18:45:37 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 5625914 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 08 2024 18:45:41 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 5625915 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 08 2024 18:45:44 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 5625916 | + | Email/Text: synovusbankruptcy@synovus.com | Aug 08 2024 18:40:00 | Synovus Bank, Attn: Bankruptcy, 1111 Bay Avenue, Columbus GA 31901-5218 |
| 5630519 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com Aug 08 2024 18:40:00 | | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 5625918 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com Aug 08 2024 18:40:00 | | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis MN 55402-7000 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5625891 | | 1-24-01534-hwv |
| 5625917 | | The Northumberland Ntl |
| cr | * | FC Marketplace, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor THE NORTHUMBERLAND NATIONAL BANK blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Lisa A Rynard | on behalf of Debtor 1 Scott W. Dunham Jr. larynard@larynardlaw.com |
| Lisa A Rynard | on behalf of Debtor 2 Robin L. Dunham larynard@larynardlaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Scott W. Dunham Jr.,

**Debtor 1**

Robin L. Dunham,
fka Robin L. Campbell,

**Debtor 2**

Chapter 13

Case No. 1:24−bk−01534−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: August 15, 2024<br><br>Time: 09:30 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 8, 2024 |

ntnew341 (09/23)