United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                         Case No. 24-01534-HWV
Scott W. Dunham, Jr.                              Chapter 13
Robin L. Dunham
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                            User: AutoDocke                          Page 1 of 3
Date Rcvd: Aug 15, 2024                     Form ID: ntcnfhrg                        Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol**        **Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++            Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^              Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Scott W. Dunham, Jr., Robin L. Dunham, 837 App Road, Selinsgrove, PA 17870-7639 |
| 5626589 | + | Bill Me Later, Inc., PO Box 208703, Dallas, TX 75320-8703 |
| 5625892 | + | C&R Dunham Trucking LLC, 837 App Road, Selinsgrove PA 17870-7639 |
| 5625910 | ++ | DEPARTMENT OF LABOR & INDUSTRY, ATTN OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG PA 17121-0751 address filed with court:, Pa Dept of Labor & Industry, UC Tax Svcs Collection Support Unit, 651 Boas Street, Room 702, Harrisburg PA 17121 |
| 5625899 | ++ | FUNDING CIRCLE, 707 17TH STREET, SUITE 2200, DENVER CO 80202-3404 address filed with court:, Funding Circle, FC Marketpalce LLC, 707 17th St Ste 2200, Denver CO 80202 |
| 5625904 | | Lendmark Financial Ser, 3127 Highway 278, Covington GA 30014 |
| 5625907 | + | Northumberland National Bank, 245 Front St, Northumberland PA 17857-1665 |
| 5625912 | | Service 1st Federl Cr, P O Box 31112, Tampa FL 33631-3112 |
| 5625919 | | WebBank Quickbooks Capital, P O Box 842978, Dallas TX 75284-2978 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 15 2024 19:38:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 5629297 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 15 2024 19:38:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5625893 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 15 2024 19:43:47 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 5629675 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 15 2024 19:43:47 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5625895 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2024 19:43:44 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis MO 63179-0040 |
| 5625896 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2024 19:43:48 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis MO 63179-0040 |
| 5627265 | | Email/Text: mrdiscen@discover.com | Aug 15 2024 19:38:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5625897 | + | Email/Text: mrdiscen@discover.com | Aug 15 2024 19:38:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany OH 43054-3025 |
| 5630479 | | Email/PDF: bncnotices@becket-lee.com | Aug 15 2024 19:43:52 | FC Marketplace, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5626372 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 15 2024 19:38:00 | First National Bank of Pennsylvania, 4140 E. State |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Street, Hermitage, PA 16148-3401 |
| 5625898 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 15 2024 19:38:00 | First National Bank of Pennsylvania, Attn: Legal Dept, 3015 Glimcher Blvd, Hermitage PA 16148-3343 |
| 5625900 | ^ | MEBN | Aug 15 2024 19:34:31 | Geisinger, 100 North Academy Avenue, Danville PA 17822-3941 |
| 5625901 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 15 2024 19:38:00 | Gm Financial, Attn: Bankruptcy, Po Box 183853, Arlington TX 76096-3853 |
| 5625902 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 15 2024 19:38:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia PA 19101-7346 |
| 5644213 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 15 2024 19:38:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5625894 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 15 2024 19:43:43 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington DE 19850 |
| 5643557 | + | Email/Text: RASEBN@raslg.com | Aug 15 2024 19:38:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5625903 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 15 2024 19:38:00 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee WI 53201-3043 |
| 5626929 | | Email/Text: bk@lendmarkfinancial.com | Aug 15 2024 19:37:00 | LENDMARK FINANCIAL SERVICES, 2118 USHER STREET, COVINGTON, GA 30014 |
| 5625905 | + | Email/Text: Bankruptcy@swiftcapital.com | Aug 15 2024 19:38:00 | LoanBuilder/PayPal Service Loan, c/o Swift Financial LLC, 3505 Silverside Road, Wilmington DE 19810-4905 |
| 5625906 | + | Email/Text: rzahradka@nationalfunding.com | Aug 15 2024 19:38:00 | National Funding, 4380 La Jolla Village Dr, San Diego CA 92122-1200 |
| 5625908 | + | Email/Text: bankruptcy@ondeck.com | Aug 15 2024 19:38:00 | OnDeck, 4700 W Daybreak Pike, Ste 200, South Jordan UT 84009-5133 |
| 5625909 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 15 2024 19:38:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5644222 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 15 2024 19:43:51 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5625911 | + | Email/Text: ngisupport@radiusgs.com | Aug 15 2024 19:38:00 | Radius Global Solutions LLC, 7831 Glenroy Rd Ste 250, Minneapolis MN 55439-3117 |
| 5643790 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2024 19:43:47 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5625913 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 15 2024 19:43:47 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 5625914 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 15 2024 19:43:43 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 5625915 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 15 2024 19:43:44 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 5625916 | + | Email/Text: synovusbankruptcy@synovus.com | Aug 15 2024 19:38:00 | Synovus Bank, Attn: Bankruptcy, 1111 Bay Avenue, Columbus GA 31901-5218 |
| 5630519 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 15 2024 19:38:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 5625918 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 15 2024 19:38:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis MN 55402-7000 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5625891 | | 1-24-01534-hwv |
| 5625917 | | The Northumberland Ntl |
| cr | * | FC Marketplace, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2024     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor THE NORTHUMBERLAND NATIONAL BANK blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Lisa A Rynard | on behalf of Debtor 1 Scott W. Dunham Jr. larynard@larynardlaw.com |
| Lisa A Rynard | on behalf of Debtor 2 Robin L. Dunham larynard@larynardlaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re:<br><br>Scott W. Dunham Jr.,<br>    **Debtor 1**<br><br>Robin L. Dunham,<br>fka Robin L. Campbell,<br>    **Debtor 2** | Chapter    13<br><br>Case No.    1:24−bk−01534−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**September 18, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Sylvia H. Rambo US Courthouse,<br>Bankruptcy Courtroom 4B, 1501<br>N. 6th St, Harrisburg, PA 17102 | Date: September 25, 2024<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 15, 2024 |

ntcnfhrg (08/21)