UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SCOTT W. DUNHAM, JR. &
ROBIN L. DUNHAM
    Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1:24-bk-01534-HWV

vs.

SCOTT W. DUNHAM, JR. &
ROBIN L. DUNHAM
    Debtor(s)

### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on January 2, 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney Douglas R. Roeder, Esquire, and respectfully represents the following:

1. A Plan was filed on July 30, 2024.

2. A hearing was held, and an Order was entered on November 6, 2024, directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

    Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
Id: 80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: 717-566-6097
email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SCOTT W. DUNHAM, JR. &
ROBIN L. DUNHAM
    Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1:24-bk-01534-HWV

vs.

SCOTT W. DUNHAM, JR. &
ROBIN L. DUNHAM
    Debtor(s)

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Sylvia H. Rambo United States Courthouse  
Bankruptcy Courtroom 4B  
1501 North 6th Street  
Harrisburg, PA 17102

Date: 02/05/2025

Time: 9:35 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Date: January 2, 2025

/s/ Douglas R. Roeder, Esquire  
Id: 80016  
Attorney for Movant  
Jack N. Zaharopoulos  
Standing Chapter 13 Trustee  
Suite A, 8125 Adams Drive  
Hummelstown, PA 17036  
Phone: 717-566-6097  
email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SCOTT W. DUNHAM, JR. &
ROBIN L. DUNHAM
    Debtor(s)        CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE        CASE NO: 1:24-bk-01534-HWV
    Movant

vs.

SCOTT W. DUNHAM, JR. &
ROBIN L. DUNHAM
    Debtor(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 2, 2025, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

<u>Served electronically</u>
LISA A RYNARD, ESQUIRE
240 BROAD STREET
MONTOURSVILLE, PA 17754

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

Served by 1st Class Mail
SCOTT W. DUNHAM, JR. & ROBIN L. DUNHAM
837 APP ROAD
SELINSGROVE, PA 17870

I certify under penalty of perjury that the foregoing is true and correct.

Date: January 2, 2025        /s/ Kurtis Bowers
        Office of Standing Chapter 13 Trustee
        Jack N. Zaharopoulos
        Suite A, 8125 Adams Dr.
        Hummelstown, PA 17036
        Phone: 717 566-6097
        email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SCOTT W. DUNHAM, JR. &
ROBIN L. DUNHAM
    Debtor(s)                           CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE             CASE NO: 1:24-bk-01534-HWV
    Movant

vs.

SCOTT W. DUNHAM, JR. &
ROBIN L. DUNHAM
    Debtor(s)

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application