UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| SCOTT W. DUNHAM, JR. | : |
| ROBIN L. DUNHAM | : CASE NO. 1-24-01534-HWV |
|     Debtor | : |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a true and correct copy of the Order Confirming 1st Amended Chapter 13 Plan dated March 6, 2025 was served on the following parties in this manner:

| Name and Address | Mode of Service |
|---|---|
| All creditors and parties as listed on attached matrix & parties list. | Regular First Class Mail Postage pre-paid |

Date: March 12, 2025

By: /s/ Lisa A. Rynard
Lisa A. Rynard, Esquire
Law Office of Lisa A. Rynard
240 Broad Street
Montoursville, PA 17754

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-1<br>Case 1:24-bk-01534-HWV<br>Middle District of Pennsylvania<br>Harrisburg<br>Tue Mar 11 09:34:27 EDT 2025 | AmeriCredit Financial Services, Inc. dba GM<br>P O Box 183853<br>Arlington, TX 76096-3853 | FC Marketplace, LLC<br>c/o Becket and Lee LLP<br>PO Box 3002<br>Malvern, PA 19355-0702 |
| U.S. Bankruptcy Court<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102-1104 | 1st Keystone Community Bank<br>111 West Front Street<br>Berwick PA 18603-4701 | (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 |
| Bill Me Later, Inc.<br>PO Box 208703<br>Dallas, TX 75320-8703 | C&R Dunham Trucking LLC<br>837 App Road<br>Selinsgrove PA 17870-7639 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City UT 84130-0285 |
| Capital One N.A.<br>by AIS InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Chase Card Services<br>Attn: Bankruptcy<br>P.O. 15298<br>Wilmington DE 19850-5298 | Citibank<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>Po Box 790040<br>St Louis MO 63179-0040 |
| Citibank N.A.<br>Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 | Citibank/Best Buy<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>Po Box 790040<br>St Louis MO 63179-0040 | Discover Bank<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany OH 43054-3025 | First National Bank of Pennsylvania<br>4140 E. State Street<br>Hermitage, PA 16148-3401 | First National Bank of Pennsylvania<br>Attn: Legal Dept<br>3015 Glimcher Blvd<br>Hermitage PA 16148-3343 |
| (p)FUNDING CIRCLE<br>707 17TH STREET<br>SUITE 2200<br>DENVER CO 80202-3404 | Geisinger<br>100 North Academy Avenue<br>Danville PA 17822-3941 | Gm Financial<br>Attn: Bankruptcy<br>Po Box 183853<br>Arlington TX 76096-3853 |
| INTUIT Financing Inc<br>c/o Weltman Weinberg & Reis Co LPA<br>5000 Bradenton Ave Ste 100<br>Dublin, OH 43017-3574 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Kohl's<br>Attn: Credit Administrator<br>Po Box 3043<br>Milwaukee WI 53201-3043 | (p)LENDMARK FINANCIAL SERVICES<br>2118 USHER ST<br>COVINGTON GA 30014-2434 |
| LoanBuilder/PayPal Service Loan<br>c/o Swift Financial LLC<br>3505 Silverside Road<br>Wilmington DE 19810-4905 | National Funding<br>4380 La Jolla Village Dr<br>San Diego CA 92122-1200 | Northumberland National Bank<br>245 Front St<br>Northumberland PA 17857-1665 |

| | | |
|---|---|---|
| ODK Capital, LLC<br>1400 Broadway<br>New York, NY 10018-5300 | OnDeck<br>4700 W Daybreak Pike<br>Ste 200<br>South Jordan UT 84009-5133 | PA Department of Revenue<br>Bankruptcy Division<br>PO Box 280946<br>Harrisburg PA 17128-0946 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | (p)DEPARTMENT OF LABOR & INDUSTRY<br>ATTN OFFICE OF CHIEF COUNSEL<br>651 BOAS STREET 10TH FLOOR<br>HARRISBURG PA 17121-0751 | Radius Global Solutions LLC<br>7831 Glenroy Rd Ste 250<br>Minneapolis MN 55439-3117 |
| Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Service 1st Federl Cr<br>P O Box 31112<br>Tampa FL 33631-3112 | Synchrony Bank/HHGregg<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando FL 32896-5060 |
| Synchrony Bank/Lowes<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando FL 32896-5060 | Synchrony Bank/Sams Club<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando FL 32896-5060 | Synovus Bank<br>Attn: Bankruptcy<br>1111 Bay Avenue<br>Columbus GA 31901-5218 |
| The Northumberland National Bank<br>1 Corporate Drive, Suite 360<br>Lake Zurich, IL 60047-8945 | Truck & Trailer Sales & Leasing Corp<br>1273 South Market Street<br>Selinsgrove PA 17870-7854 | U.S. Bank NA dba Elan Financial Services<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 |
| U.S. Bankcorp<br>Attn: Bankruptcy<br>800 Nicollet Mall<br>Minneapolis MN 55402-7000 | United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 | WebBank Quickbooks Capital<br>P O Box 842978<br>Dallas TX 75284-2978 |
| (p)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | (p)LAW OFFICE OF LISA A RYNARD<br>ATTN LISA A RYNARD<br>240 BROAD STREET<br>MONTOURSVILLE PA 17754-2282 | Robin L. Dunham<br>837 App Road<br>Selinsgrove, PA 17870-7639 |
| Scott W. Dunham Jr.<br>837 App Road<br>Selinsgrove, PA 17870-7639 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AmeriCredit Financial Services, Inc.<br>dba GM Financial<br>P O Box 183853<br>Arlington, TX 76096 | Funding Circle<br>FC Marketpalce LLC<br>707 17th St Ste 2200<br>Denver CO 80202 | Jefferson Capital Systems, LLC<br>PO Box 7999<br>St. Cloud, MN 56302-9617 |

| LENDMARK FINANCIAL SERVICES<br>2118 USHER STREET<br>COVINGTON, GA 30014 | (d)Lendmark Financial Ser<br>3127 Highway 278<br>Covington GA 30014 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk, VA 23541 |
|---|---|---|
| Pa Dept of Labor & Industry<br>UC Tax Svcs Collection Support Unit<br>651 Boas Street, Room 702<br>Harrisburg PA 17121 | Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | Lisa A Rynard<br>Law Office of Lisa A. Rynard<br>240 Broad Street<br>Montoursville, PA 17754 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)THE NORTHUMBERLAND NATIONAL BANK | (u)Truck and Trailer Sales and Leasing Corp | (u)1-24-01534-hwv |
|---|---|---|
| (d)FC Marketplace, LLC<br>c/o Becket and Lee LLP<br>PO Box 3002<br>Malvern PA 19355-0702 | (u)The Northumberland Ntl | End of Label Matrix<br>Mailable recipients    51<br>Bypassed recipients     5<br>Total                   56 |